```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00193
    VENIEN E LEAK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8774


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/04/2005 and was confirmed 02/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  53.64% from remaining funds.

     The case was paid in full 07/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK   UNSECURED OTH    285.41            .00         150.54
GREAT AMERICAN FINANCE    UNSECURED       1049.10            .00         562.71
MIDLAND MORTGAGE          CURRENT MORTG      .00             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         226.07            .00         226.07
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED OTH    606.30            .00         328.89
CAPITAL ONE BANK          UNSECURED        598.37            .00         320.95
CITIBANK                  UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        565.32            .00         303.22
HRS                       UNSECURED      NOT FILED           .00            .00
CARSON PIRIE SCOTT        UNSECURED      NOT FILED           .00            .00
DAYTON HUDSON             UNSECURED      NOT FILED           .00            .00
MARSHALL FIELDS           UNSECURED       1258.76            .00         675.16
ECAST SETTLEMENT CORP     UNSECURED       1040.78            .00         558.24
FILENES BASEMENT          UNSECURED      NOT FILED           .00            .00
NORDSTROM FSB             UNSECURED        723.77            .00         388.21
OLD NAVY                  UNSECURED      NOT FILED           .00            .00
RESURGENT ACQUISITION LL  UNSECURED       1113.17            .00         597.07
RESURGENT ACQUISITION LL  UNSECURED OTH   3958.39            .00        2121.98
SEARS                     NOTICE ONLY    NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED        189.66            .00         101.73
WAL MART STORES INC       UNSECURED      NOT FILED           .00            .00
WALMART                   NOTICE ONLY    NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD     REIMBURSEMENT    194.00            .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         551.23
DEBTOR REFUND             REFUND                                            1.11

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 00193 VENIEN E LEAK
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       9,781.11

PRIORITY                                                              420.07
SECURED                                                                  .00
UNSECURED                                                           6,108.70
ADMINISTRATIVE                                                      2,700.00
TRUSTEE COMPENSATION                                                  551.23
DEBTOR REFUND                                                           1.11
                                        ---------------     ---------------
TOTALS                                         9,781.11            9,781.11
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 01/28/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE